LAW OFFICES OF
## Aidala & Bertuna, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA

OF COUNSEL
WILLIAM R. SANTO
JOSEPH P. BARATTA
JOSEPH A. BARATTA
SIGISMONDO RENDA
DAWN M. FLOWER
PETER S. THOMAS

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

VIA DOMENICHINO, N. 35
20149 MILAN, ITALY
TEL: 011 39 02 48012445
FAX: 011 39 02 48008777

November 25, 2013

Honorable Justice Lorna G. Schofield
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: US v. Wally
1:13-cr-00603 (LGS)

Dear Judge Schofield:

Please allow this letter to respectfully request the Court for an adjournment of the sentencing in connection with our client, Jonathan Wally, which is currently scheduled for Monday, December 9, 2013 in front of Your Honor.

As part of the Plea Agreement, Mr. Wally is required to file amended tax returns for the past several years and is in the process of completing that requirement.

I am, therefore, respectfully requesting that this matter be adjourned to Wednesday, January 22, 2014 or any date that is convenient to the Court. I have communicated this request to AUSA Carrie H. Cohen who advised me that she has no objection to this adjournment.

I thank you for your consideration of this request. If you should have any questions or concerns, please do not hesitate to contact me at (212) 486-0011.

Sincerely,

Arthur L. Aidala

cc: AUSA Carrie H. Cohen